UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PATRICK LEVIER #533318   CASE NO.  6:22-CV-05786 SEC P

VERSUS       JUDGE ROBERT R. SUMMERHAYS

JOHN TRAHAN     MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this suit be **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 29th day of March, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE